February 02, 2007

Ms. Judy K. Jetelina
Bracewell & Patterson
106 South St. Mary's St, Suite 800
San Antonio, TX 78205

Mr. Douglas Alexander
Alexander Dubose Jones & Townsend, LLP
515 Congress Avenue, Suite 1720
Austin, TX 78701-3520
Ms. Pamela Stanton Baron
Attorney at Law
P.O. Box 5573
Austin, TX 78763

RE: Case Number: 05-0132
 Court of Appeals Number: 04-04-00164-CV
 Trial Court Number: 274371

Style: UNITED SERVICES AUTOMOBILE ASSOCIATION, ALSO KNOWN AS "USAA"
 v.
 JAMES STEVEN BRITE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jeffrey D. |
| |Small |
| |Mr. Dan Crutchfield|
| | |
| |Mr. Gerry Rickhoff |
| |Ms. Kathryn S. |
| |Vaughn |
| |Mr. Jeffrey C. |
| |Londa |